---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Orianna Health Systems, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | f/k/a Covenant Dove, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-8875160 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Louis E. Robichaux IV, CRO | |
| Number    Street | Number    Street |
| 15950 Dallas Parkway | |
| | P.O. Box |
| Dallas             TX        75248 | |
| City         State      Zip Code | City         State      Zip Code |
| Dallas County | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City         State      Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | orianna.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

*A. Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5</u> <u>5</u> <u>1</u> <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor <u>See Rider 1</u>  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No    [See Rider 2]

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____
City                      State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☒ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                    ☐ $1,000,001-$10 million        ☒ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million          ☒ $500,000,001-$1 billion
☐ $50,001-$100,000             ☒ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million       ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/06/2018
              MM / DD / YYYY

× /s/ Louis E. Robichaux IV                              Louis E. Robichaux IV
   Signature of authorized representative of debtor      Printed name

Title: Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Andrew B. Zollinger          Date   03/06/2018
   Signature of attorney for debtor        MM / DD / YYYY

Andrew B. Zollinger
Printed name

DLA Piper LLP (US)
Firm name

1717 Main Street, Suite 4600
Number Street

Dallas                                          TX            75201
City                                            State         ZIP Code

(214) 743-4509                                  andrew.zollinger@dlapiper.com
Contact phone                                   Email address

24063944                                        TX
Bar number                                      State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
----------------------------------------------------------   x
In re:                                                       :
                                                             :   Chapter 11
ORIANNA HEALTH SYSTEMS, LLC,                                 :
                                                             :   Case No. 18-_____ (___)
              Debtor.                                        :
----------------------------------------------------------   :
                                                             x
```

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of 4 West Holdings, Inc.

| # | Company | EIN |
|---|---|---|
| 1. | 4 West Holdings, Inc. | 46-3599732 |
| 2. | 4 West Investors, LLC | 46-3666021 |
| 3. | Aiken RE, LLC | 37-1561814 |
| 4. | Ambassador Rehabilitation and Healthcare Center, LLC | 80-0421636 |
| 5. | Anchor Rehabilitation and Healthcare Center of Aiken, LLC | 38-3789448 |
| 6. | Anderson RE TX, LLC | 41-2273630 |
| 7. | Anderson RE, LLC | 37-1561806 |
| 8. | Ark II Real Estate, LLC | 41-2273628 |
| 9. | Ark III Real Estate, LLC | 90-0460121 |
| 10. | Ark Mississippi Holding Company, LLC | 20-8883765 |
| 11. | Ark Real Estate, LLC | 20-8876014 |
| 12. | Ark South Carolina Holding Company, LLC | 61-1570002 |
| 13. | Ark Texas Holding Company, LLC | 20-8883739 |
| 14. | Battle Ground RE, LLC | 58-2161818 |
| 15. | Brushy Creek Rehabilitation and Healthcare Center, LLC | 81-3563292 |
| 16. | Bryan RE, LLC | 41-2273633 |
| 17. | Burleson RE, LLC | 20-8881777 |
| 18. | Capstone Rehabilitation and Healthcare Center, LLC | 46-3957871 |
| 19. | Charlottesville Pointe Rehabilitation and Healthcare Center, LLC | 62-1844467 |
| 20. | Charlottesville RE, LLC | 54-1100836 |
| 21. | Cleveland RE, LLC | 56-2486013 |
| 22. | Clinton RE, LLC | 62-1858109 |
| 23. | Cobblestone Rehabilitation and Healthcare Center, LLC | 80-0421612 |
| 24. | Collierville RE, LLC | 42-1648845 |

| # | Company | EIN |
|---|---------|-----|
| 25. | Columbia RE, LLC | 42-1648838 |
| 26. | Columbia Rehabilitation and Healthcare Center, LLC | 32-0216772 |
| 27. | Comfort RE, LLC | 20-8881902 |
| 28. | Connersville RE, LLC | 58-2129824 |
| 29. | Corinth RE, LLC | 20-8881777 |
| 30. | Cornerstone Rehabilitation and Healthcare Center, LLC | 42-1648841 |
| 31. | Crystal Rehabilitation and Healthcare Center, LLC | 42-1648842 |
| 32. | Delta Rehabilitation and Healthcare Center of Cleveland, LLC | 45-0577212 |
| 33. | Descending Dove, LLC | 61-1558081 |
| 34. | Diboll RE, LLC | 20-8881939 |
| 35. | Easley RE II, LLC | 37-1561819 |
| 36. | Easley RE, LLC | 37-1561817 |
| 37. | Edgefield RE, LLC | 58-2163574 |
| 38. | Farmville RE, LLC | 54-1163442 |
| 39. | Farmville Rehabilitation and Healthcare Center, LLC | 62-1844464 |
| 40. | Fleetwood Rehabilitation and Healthcare Center, LLC | 46-4059615 |
| 41. | Fortress Health & Rehab of Rock Prairie, LLC | 32-0241314 |
| 42. | Granbury RE, LLC | 20-8881999 |
| 43. | Great Oaks RE, LLC | 20-8881731 |
| 44. | Great Oaks Rehabilitation and Healthcare Center, LLC | 56-2444357 |
| 45. | Greenville RE II, LLC | 37-1561798 |
| 46. | Greenville RE, LLC | 37-1561797 |
| 47. | Greenville Rehabilitation and Healthcare Center, LLC | 47-1023920 |
| 48. | Greenwood RE, LLC | 20-8881654 |
| 49. | Greer RE, LLC | 37-1561795 |
| 50. | Greer Rehabilitation and Healthcare Center, LLC | 38-3789462 |
| 51. | Grenada RE, LLC | 20-8881623 |
| 52. | Grenada Rehabilitation and Healthcare Center, LLC | 42-1648843 |
| 53. | Heritage Park Rehabilitation and Healthcare Center, LLC | 20-8889055 |
| 54. | Hillsville RE, LLC | 20-8882195 |
| 55. | Hillsville Rehabilitation and Healthcare Center, LLC | 62-1844463 |
| 56. | Holly Lane Rehabilitation and Healthcare Center, LLC | 20-8889103 |
| 57. | Holly RE, LLC | 58-2161816 |
| 58. | Holly Springs RE, LLC | 20-8881559 |
| 59. | Holly Springs Rehabilitation and Healthcare Center, LLC | 48-1286524 |
| 60. | Indianola RE, LLC | 56-2486022 |
| 61. | Indianola Rehabilitation and Healthcare Center, LLC | 45-0577203 |
| 62. | Italy RE, LLC | 20-8882086 |
| 63. | Iva RE, LLC | 37-1561801 |
| 64. | Iva Rehabilitation and Healthcare Center, LLC | 46-3970384 |
| 65. | Johns Island Rehabilitation and Healthcare Center, LLC | 46-3924898 |
| 66. | Joy of Bryan, LLC | 41-2274072 |
| 67. | Lampstand Health & Rehab of Bryan, LLC | 30-0472002 |
| 68. | Linley Park Rehabilitation and Healthcare Center, LLC | 46-3990525 |
| 69. | Macon Rehabilitation and Healthcare Center, LLC | 47-1019644 |

| # | Company | EIN |
|---|---|---|
| 70. | Magnified Health & Rehab of Anderson, LLC | 36-4629060 |
| 71. | Manna Rehabilitation and Healthcare Center, LLC | 38-3789441 |
| 72. | Marietta RE, LLC | 37-1561809 |
| 73. | McCormick RE, LLC | 37-1561808 |
| 74. | McCormick Rehabilitation and Healthcare Center, LLC | 46-4033193 |
| 75. | Memphis RE, LLC | 42-1648846 |
| 76. | Midland RE, LLC | 62-1635138 |
| 77. | Midland Rehabilitation and Healthcare Center, LLC | 20-8889679 |
| 78. | Moultrie RE, LLC | 80-0389943 |
| 79. | Mountain View Rehabilitation and Healthcare Center, LLC | 20-8889227 |
| 80. | Natchez RE, LLC | 56-2486019 |
| 81. | Natchez Rehabilitation and Healthcare Center, LLC | 32-0216773 |
| 82. | New Ark Master Tenant, LLC | 37-1757893 |
| 83. | New Ark Operator Holdings, LLC | 37-1757623 |
| 84. | New Redeemer Health & Rehab of Pickens, LLC | 46-4005321 |
| 85. | Olive Leaf Holding Company, LLC | 90-0460129 |
| 86. | Olive Leaf, LLC | 61-1570001 |
| 87. | Omega Health & Rehab of Greenville, LLC | 38-3789461 |
| 88. | Orianna Health Systems, LLC | 20-8875160 |
| 89. | Orianna Holding Company, LLC | 20-8671323 |
| 90. | Orianna Investment, Inc. | 20-8651141 |
| 91. | Orianna SC Operator Holdings, Inc. | 90-1020383 |
| 92. | Palladium Hospice and Palliative Care, LLC | 01-0961873 |
| 93. | Patewood Rehabilitation and Healthcare Center, LLC | 38-3789457 |
| 94. | Picayune RE, LLC | 58-2119749 |
| 95. | Picayune Rehabilitation and Healthcare Center, LLC | 20-8889183 |
| 96. | Pickens RE II, LLC | 37-1561823 |
| 97. | Pickens RE, LLC | 37-1561821 |
| 98. | Piedmont RE, LLC | 37-1561800 |
| 99. | Poinsett Rehabilitation and Healthcare Center, LLC | 46-4020713 |
| 100. | Poplar Oaks Rehabilitation and Healthcare Center, LLC | 02-0814771 |
| 101. | Portland RE, LLC | 58-2161822 |
| 102. | Provo RE, LLC | 58-2163568 |
| 103. | Rainbow Rehabilitation and Healthcare Center, LLC | 02-0814772 |
| 104. | River Falls Rehabilitation and Healthcare Center, LLC | 46-3979788 |
| 105. | Riverside Rehabilitation and Healthcare Center, LLC | 47-1033951 |
| 106. | Rock Prairie RE, LLC | 41-2273636 |
| 107. | Rocky Mount RE, LLC | 54-1045904 |
| 108. | Rocky Mount Rehabilitation and Healthcare Center, LLC | 62-1844466 |
| 109. | Roy RE, LLC | 62-1635142 |
| 110. | Scepter Rehabilitation and Healthcare Center, LLC | 80-0421630 |
| 111. | Scepter Senior Living Center, LLC | 80-0421621 |
| 112. | Simpsonville RE II, LLC | 37-1561804 |
| 113. | Simpsonville RE, LLC | 37-1561802 |
| 114. | Simpsonville Rehabilitation and Healthcare Center, LLC | 46-4043564 |

| # | Company | EIN |
|---|---|---|
| 115. | Snellville RE, LLC | 80-0389933 |
| 116. | Southern Oaks Rehabilitation and Healthcare Center, LLC | 46-4011141 |
| 117. | The Bluffs Rehabilitation and Healthcare Center, LLC | 20-8889314 |
| 118. | The Ridge Rehabilitation and Healthcare Center, LLC | 46-3951456 |
| 119. | Trinity Mission Health & Rehab of Connersville, LLC | 20-8888787 |
| 120. | Trinity Mission of Burleson, LLC | 62-1842585 |
| 121. | Trinity Mission of Comfort, LLC | 62-1842573 |
| 122. | Trinity Mission of Diboll, LLC | 62-1842581 |
| 123. | Trinity Mission of Granbury, LLC | 62-1842582 |
| 124. | Trinity Mission of Italy, LLC | 62-1842576 |
| 125. | Trinity Mission of Winnsboro, LLC | 62-1842583 |
| 126. | Utah Valley Rehabilitation and Healthcare Center, LLC | 20-88889661 |
| 127. | Vicksburg RE, LLC | 58-2120150 |
| 128. | Victory Rehabilitation and Healthcare Center, LLC | 20-8889485 |
| 129. | Wadesboro RE, LLC | 80-0389929 |
| 130. | Wide Horizons RE, LLC | 62-1635144 |
| 131. | Wide Horizons Residential Care Facility, LLC | 20-8889387 |
| 132. | Winnsboro RE, LLC | 20-8882134 |
| 133. | Woodlands Rehabilitation and Healthcare Center, LLC | 27-0009127 |
| 134. | Yazoo City RE, LLC | 42-1648844 |
| 135. | Yazoo City Rehabilitation and Healthcare Center, LLC | 45-0577216 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
------------------------------------------------------------   x
In re:                                                         :
                                                               :  Chapter 11
ORIANNA HEALTH SYSTEMS, LLC,                                   :
                                                               :  Case No. 18-_____ (____)
                Debtor.                                        :
------------------------------------------------------------   :
                                                               x
```

**Rider 2**

**<u>Real Property or Personal Property that Needs Immediate Attention</u>**

Question 12, among other things, asks the debtor to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor (the "<u>Debtor</u>") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate. The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

**OFFICER'S CERTIFICATE**

Dated:  March 6, 2018

The undersigned, the Chief Restructuring Officer of Orianna Investment, Inc., a Delaware corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)        attached as Annex A hereto is a true, correct and complete copy of the resolutions (the "Resolutions") adopted by written consent on March 6, 2018;

(ii)       such Resolutions were adopted by the Company in accordance with the terms of the Company's bylaws; and

(iii)      such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

*/s/ Louis E. Robichaux IV*

Name:      Louis E. Robichaux IV
Title:       Chief Restructuring Officer

**Annex A**

**Resolutions**

**WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS**

**March 5, 2018**

WHEREAS, the undersigned, being (i) the Board of Directors (the "4 West Holdings Board") of 4 West Holdings, Inc. ("4 West Holdings"), (ii) the Board of Directors ("Orianna Investment Board") of Orianna Investment, Inc. ("Orianna Investment"), and (iii) the Board of Directors ("Orianna SC Board") of Orianna SC Operator Holdings, Inc. ("Orianna SC"), each a Delaware corporation, hereby consent, pursuant to Section 141(f) of the Delaware General Corporation Law (the "DGCL"), that the actions hereinafter set forth shall be, and hereby are, taken by each of the 4 West Holdings Board, Orianna Investment Board, and Orianna SC Board (collectively, the "Governing Persons") as of the date hereof with the same force and effect as if they had been adopted at a duly convened meeting of each such Board of Directors.

WHEREAS, Orianna Investment is the sole member of:

(i)     Orianna Holding Company, LLC, a Delaware limited liability company, which in turn is the sole member of (a) Ark Real Estate, LLC, a Delaware limited liability company, which in turn is the sole member of the entities listed on Schedule 1 annexed hereto, each a Delaware limited liability company, and (b) Orianna Health Systems, LLC, a Delaware limited liability company, which in turn is the sole member of the entities listed on Schedule 2 annexed hereto, each a Delaware limited liability company, including (A) Ark Mississippi Holding Company, LLC ("Ark Mississippi"), and (B) Ark Texas Holding Company, LLC, a Delaware limited liability company, which in turn is the sole member and manager of Trinity Mission of Winnsboro, LLC, a Delaware limited liability company, and of

(ii)    Olive Leaf Holding Company, LLC, a Delaware limited liability company, which in turn is the sole member of (a) Ark III Real Estate, LLC, a Delaware limited liability company, which in turn is the sole member of the entities listed on Schedule 3 annexed hereto, each a Delaware limited liability company, and (b) Olive Leaf, LLC, a Delaware limited liability company, which in turn is the sole member of the entities listed on Schedule 4 annexed hereto, each a Delaware limited liability company, including Ark South Carolina Holding Company, LLC ("Ark SC"); and of

(iii)   Joy of Bryan, LLC, a Delaware limited liability company, which in turn is the sole member and manager of (i) Ark II Real Estate, LLC, a Delaware limited liability company, which in turn is the sole member and manager of the entities listed on Schedule 5 annexed hereto, each a Delaware limited liability company, and of (ii) Descending Dove, LLC, a Delaware limited liability company, which in turn is the sole member and manager

of the entities listed on <u>Schedule 6</u> annexed hereto, each a Delaware limited liability company.

WHEREAS, Ark Mississippi is the sole member of the entities listed on <u>Schedule 7</u> annexed hereto, each a Delaware limited liability company.

WHEREAS, Ark SC is the sole member of the entities listed on <u>Schedule 8</u> annexed hereto, each a Delaware limited liability company.

WHEREAS, Orianna SC is the managing member of the entities listed on <u>Schedule 9</u> annexed hereto, each a Delaware limited liability company.

WHEREAS, 4 West Holdings is the managing member of:

    (i)    New Ark Operator Holdings, LLC, a Delaware limited liability company, which in turn is the managing member of the entities listed on <u>Schedule 10</u> annexed hereto, each a Delaware limited liability company, and

    (ii)    New Ark Master Tenant, LLC, a Delaware limited liability company.

WHEREAS, the Governing Persons have considered the financial and operational conditions of the business of the entities listed in <u>Schedule 11</u> (collectively, the "<u>Companies</u>");

WHEREAS, the Governing Persons have reviewed the historical performance of the Companies, the market for the Companies' products and services, and the current and long-term liabilities of the Companies;

WHEREAS, the Governing Persons have, on behalf of the Companies, reviewed, considered, and received the recommendations of the senior management of the Companies and the advice of the Companies' professionals and advisors with respect to potential sources for relief that are available to the Governing Persons, including the possibility of pursuing a restructuring of the Companies' business and assets by filing voluntary petitions (the "<u>Petitions</u>") for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the Bankruptcy Court for the Northern District of Texas (the "<u>Bankruptcy Court</u>") in order to commence cases under the Bankruptcy Code (collectively, the "<u>Chapter 11 Cases</u>");

WHEREAS, the Governing Persons, on behalf of the Companies, have determined that it is advisable and in the best interests of all or some of the Companies to seek approval from the Bankruptcy Court for the Companies to obtain debtor-in-possession financing (the "<u>DIP Loan</u>") pursuant to that certain Senior Secured Superpriority Debtor-in-Possession Credit Agreement (the "<u>DIP Agreement</u>") by and among certain of the Companies as borrowers or guarantors thereunder, and OHI Asset RO, LLC, as lender thereunder ("<u>DIP Lender</u>"), in order to provide for funding and liquidity needs in the course of the Chapter 11 Cases, and, subject to such Bankruptcy Court approval, to enter into the DIP Agreement;

WHEREAS, the Governing Persons have, on behalf of the Companies, determined that it is advisable and in the best interests of certain Companies to enter into a Restructuring Support Agreement (the "<u>RSA</u>") with Omega Healthcare Investors, Inc. and/or certain of its affiliates

(collectively, "Omega"), and a related settlement agreement with Omega whereby the Companies party thereto will, among other things, resolve and settle certain claims by and among Omega and the Companies party thereto (the "Omega Settlement"), and to request approval from the Bankruptcy Court for such Companies to enter into the RSA and the Omega Settlement;

WHEREAS the Governing Persons, on behalf of the Companies, hereby take the following actions, and adopt the following resolutions by written consent to action, and directs that this Consent be filed with the minutes of each Company:

NOW, THEREFORE BE IT RESOLVED, that, in the business judgment of the Governing Persons, after consideration of the alternatives presented to them and the recommendations of senior management of the Companies and the advice of the Companies' professionals and advisors that, at this time under the relevant circumstances, it is desirable and in the best interests of the Companies, their creditors, and other interested parties for the Petitions to be filed in with the Bankruptcy Court by the Companies seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that, to the extent not already appointed and currently serving as such pursuant to separate resolutions or consents of the Companies, the following individuals be, and hereby are, appointed as officers of each Company with the titles set forth next to his or her name below, to serve until his or her successor(s) are duly elected and qualified:

| | |
|---|---|
| Louis E. Robichaux IV | Interim Treasurer; and Chief Restructuring Officer |
| Michelle D. Meer | President and Secretary |

FURTHER RESOLVED, that the Petitions seeking relief under the provisions of Chapter 11 of the Bankruptcy Code are approved in all respects and that Louis E. Robichaux IV, as the Interim Treasurer and Chief Restructuring Officer of each of the Companies, Michelle D. Meer, President and Secretary of the Companies, Eric M. Roth, who is hereby designated as an "Authorized Signatory" of each of the Companies, and the other officers of the Companies (collectively, the "Authorized Persons") be, and hereby are, authorized and directed, on behalf of and in the name of the Companies, to execute the Petitions or authorize the execution of the Petitions and to cause the same to be filed with the Bankruptcy Court, at such time as the Authorized Persons deem appropriate, in order to commence the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized to execute and file all Petitions, schedules, lists, and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the Chapter 11 Cases and, in that connection, for the Authorized Persons to retain and employ all assistance, by legal counsel or otherwise, which they may deem necessary or proper in order to successfully prosecute the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed to retain on behalf of the Companies, upon such terms and conditions as the Authorized

Persons shall approve, and subject to any Bankruptcy Court approvals or orders required, if any, the following to represent the Companies in connection with the Chapter 11 Cases

- DLA Piper LLP (US), to serve as bankruptcy counsel for the Companies;

- Houlihan Lokey, to serve as investment banker for the Companies;

- Crowe Horwath LLP, to serve as financial advisor for the Companies;

- Ankura Consulting Group, LLC to provide interim management services for the Companies and designate the Chief Restructuring Officer for the Company; and

- Rust Consulting/Omni Bankruptcy, to serve as claims agent for the Companies.

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized to retain on behalf of the Companies other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals, upon such terms and conditions as the Authorized Persons shall approve, to render services to the Companies in connection with the Chapter 11 Cases or any related insolvency proceeding; and it is

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized to seek approval from the Bankruptcy Court to enter into the DIP Agreement, and, upon approval of the Bankruptcy Court, to, on behalf of the Companies, execute the DIP Agreement and complete all other transactions contemplated by the DIP Agreement and the orders of the Bankruptcy Court approving same (collectively, the "DIP Transaction") and to execute and deliver all documentation in connection with the closing of the DIP Transaction by the Companies under such terms and conditions Authorized Persons may approve, and to take any and all actions necessary in connection therewith, including specifically the execution and delivery of (and to file or authorize the filings of, as applicable) all documentation that any such Authorized Persons may deem reasonably necessary or appropriate, including, without limitation, fee letters, promissory notes, deeds to secure debt, mortgages, deeds of trust, security agreements, assignments of leases, rents and profits, borrower's certificates, financing statements, indemnity agreements, escrow and security agreements, affidavits, assignments, and such other documents as may be necessary or appropriate to consummate, subject to approval by the Bankruptcy Court, such DIP Transaction on behalf of the Companies; and it is

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized to execute, and to seek approval from the Bankruptcy Court to assume, the RSA, and to execute and deliver all documentation in connection with the RSA by the Companies under such terms and conditions Authorized Persons may approve, and to take any and all actions necessary in connection therewith, including specifically the execution and delivery of all documentation that any such Authorized Persons may deem reasonably necessary or appropriate, including, without limitation, bills of sale, promissory notes, deeds, certificates, escrow agreements, affidavits, assignments, and such other documents as may be necessary or appropriate to, subject to approval by the Bankruptcy Court, consummate the transactions contemplated by the RSA on behalf of the Companies;

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized to seek approval from the Bankruptcy Court, and to execute and deliver all documentation in connection with the Omega Settlement under such terms and conditions Authorized Persons and Bankruptcy Court may approve, and to take any and all actions necessary in connection therewith, including specifically the execution and delivery of all documentation that any such Authorized Persons may deem reasonably necessary or appropriate, including, without limitation, bills of sale, promissory notes, deeds, certificates, escrow agreements, affidavits, assignments, and such other documents as may be necessary or appropriate to consummate the transactions contemplated by the Omega Settlement on behalf of the Companies;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petitions or with respect to the Chapter 11 Cases, any related insolvency proceeding, the DIP Transaction, the Omega Settlement, the RSA, or in any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved; and it is

FURTHER RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed, in the name of and on behalf of the Companies, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[signature pages follow]

## BOARD OF DIRECTORS OF 4 WEST HOLDINGS, INC.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of 4 West Holdings, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

Eric M. Roth

[signatures continue on following page]

## BOARD OF DIRECTORS OF ORIANNA INVESTMENT, INC.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of Orianna Investment, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

_____
Eric M. Roth

_____
Michelle D. Meer

_____
Alex Paley

[signatures continue on following page]

## BOARD OF DIRECTORS OF ORIANNA INVESTMENT, INC.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of Orianna Investment, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

_____
Eric M. Roth


_____
Michelle D. Meer


_____
Alex Paley

[signatures continue on following page]

## BOARD OF DIRECTORS OF ORIANNA INVESTMENT, INC.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of Orianna Investment, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

_____
Eric M. Roth

_____
Michelle D. Meer

_____
Alex Paley

[signatures continue on following page]

## BOARD OF DIRECTORS OF ORIANNA SC OPERATOR HOLDINGS, INC.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of Orianna SC Operator Holdings, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

_____

Michelle D. Meer

_____

Alex Paley

**BOARD OF DIRECTORS OF ORIANNA SC OPERATOR HOLDINGS, INC.**

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of Orianna SC Operator Holdings, Inc., hereby evidence their unanimous written consent to the foregoing resolutions as of the date first above written. The undersigned direct that this Written Consent shall be filed with the minutes of proceedings of the Board of Directors. This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Facsimile or electronic (PDF) signatures on this Written Consent shall be deemed original.

Michelle D. Meer

Alex Paley

## **Schedule 1**

1.      Battle Ground RE, LLC

2.      Burleson RE, LLC

3.      Charlottesville RE, LLC

4.      Cleveland RE, LLC

5.      Clinton RE, LLC

6.      Collierville RE, LLC

7.      Columbia RE, LLC

8.      Comfort RE, LLC

9.      Connersville RE, LLC

10.     Corinth RE, LLC

11.     Diboll RE, LLC

12.     Edgefield RE, LLC

13.     Farmville RE, LLC

14.     Granbury RE, LLC

15.     Great Oaks RE, LLC

16.     Greenwood RE, LLC

17.     Grenada RE, LLC

18.     Hillsville RE, LLC

19.     Holly RE, LLC

20.     Holly Springs RE, LLC

21.     Indianola RE, LLC

22.     Italy RE, LLC

23.     Memphis RE, LLC

24.     Midland RE, LLC

25.     Natchez RE, LLC

26.     Picayune RE, LLC

27.     Portland RE, LLC

28.     Provo RE, LLC

29.     Rocky Mount RE, LLC

30.     Roy RE, LLC

31.     Vicksburg RE, LLC

32.    Wide Horizons RE, LLC

33.    Winnsboro RE, LLC

34.    Yazoo City RE, LLC

## Schedule 2

1. Ark Mississippi Holding Company, LLC
2. Ark Texas Holding Company, LLC
3. Charlottesville Pointe Rehabilitation and Healthcare Center, LLC
4. Farmville Rehabilitation and Healthcare Center, LLC
5. Heritage Park Rehabilitation and Healthcare Center, LLC
6. Hillsville Rehabilitation and Healthcare Center, LLC
7. Holly Lane Rehabilitation and Healthcare Center, LLC
8. Midland Rehabilitation and Healthcare Center, LLC
9. Mountain View Rehabilitation and Healthcare Center, LLC
10. Picayune Rehabilitation and Healthcare Center, LLC
11. Poplar Oaks Rehabilitation and Healthcare Center, LLC
12. Rainbow Rehabilitation and Healthcare Center, LLC
13. Rocky Mount Rehabilitation and Healthcare Center, LLC
14. The Bluffs Rehabilitation and Healthcare Center, LLC
15. Trinity Mission Health & Rehab of Connersville, LLC
16. Trinity Mission of Burleson, LLC
17. Trinity Mission of Comfort, LLC
18. Trinity Mission of Diboll, LLC
19. Trinity Mission of Granbury, LLC
20. Trinity Mission of Italy, LLC
21. Utah Valley Rehabilitation and Healthcare Center, LLC
22. Victory Rehabilitation and Healthcare Center, LLC
23. Wide Horizons Residential Care Facility, LLC

## Schedule 3

1. Aiken RE, LLC
2. Anderson RE, LLC
3. Easley RE II, LLC
4. Easley RE, LLC
5. Greenville RE II, LLC
6. Greenville RE, LLC
7. Greer RE, LLC
8. Iva RE, LLC
9. Marietta RE, LLC
10. McCormick RE, LLC
11. Moultrie RE, LLC
12. Pickens RE II, LLC
13. Pickens RE, LLC
14. Piedmont RE, LLC
15. Simpsonville RE II, LLC
16. Simpsonville RE, LLC
17. Snellville RE, LLC
18. Wadesboro RE, LLC

## Schedule 4

1.      Ambassador Rehabilitation and Healthcare Center, LLC

2.      Ark South Carolina Holding Company, LLC

3.      Cobblestone Rehabilitation and Healthcare Center, LLC

4.      Scepter Rehabilitation and Healthcare Center, LLC

5.      Scepter Senior Living Center, LLC

## **Schedule 5**

1.    Anderson RE TX, LLC

2.    Bryan RE, LLC

3.    Rock Prairie RE, LLC

## **Schedule 6**

1.    Fortress Health & Rehab of Rock Prairie, LLC

2.    Lampstand Health & Rehab of Bryan, LLC

3.    Magnified Health & Rehab of Anderson, LLC

## Schedule 7

1. Columbia Rehabilitation and Healthcare Center, LLC

2. Cornerstone Rehabilitation and Healthcare Center, LLC

3. Crystal Rehabilitation and Healthcare Center, LLC

4. Delta Rehabilitation and Healthcare Center of Cleveland, LLC

5. Great Oaks Rehabilitation and Healthcare Center, LLC

6. Grenada Rehabilitation and Healthcare Center, LLC

7. Holly Springs Rehabilitation and Healthcare Center, LLC

8. Indianola Rehabilitation and Healthcare Center, LLC

9. Natchez Rehabilitation and Healthcare Center, LLC

10. Woodlands Rehabilitation and Healthcare Center, LLC

11. Yazoo City Rehabilitation and Healthcare Center, LLC

## Schedule 8

1.  Anchor Rehabilitation and Healthcare Center of Aiken, LLC

2.  Greer Rehabilitation and Healthcare Center, LLC

3.  Manna Rehabilitation and Healthcare Center, LLC

4.  Omega Health & Rehab of Greenville, LLC

5.  Patewood Rehabilitation and Healthcare Center, LLC

## Schedule 9

1.     Capstone Rehabilitation and Healthcare Center, LLC

2.     Fleetwood Rehabilitation and Healthcare Center, LLC

3.     Iva Rehabilitation and Healthcare Center, LLC

4.     Johns Island Rehabilitation and Healthcare Center, LLC

5.     Linley Park Rehabilitation and Healthcare Center, LLC

6.     McCormick Rehabilitation and Healthcare Center, LLC

7.     New Redeemer Health & Rehab of Pickens, LLC

8.     Poinsett Rehabilitation and Healthcare Center, LLC

9.     River Falls Rehabilitation and Healthcare Center, LLC

10.    Simpsonville Rehabilitation and Healthcare Center, LLC

11.    Southern Oaks Rehabilitation and Healthcare Center, LLC

12.    The Ridge Rehabilitation and Healthcare Center, LLC

## **Schedule 10**

1.      Brushy Creek Rehabilitation and Healthcare Center, LLC

2.      Greenville Rehabilitation and Healthcare Center, LLC

3.      Macon Rehabilitation and Healthcare Center, LLC

4.      Riverside Rehabilitation and Healthcare Center, LLC

## Schedule 11

1.    4 West Holdings, Inc.

2.    Aiken RE, LLC

3.    Ambassador Rehabilitation and Healthcare Center, LLC

4.    Anchor Rehabilitation and Healthcare Center of Aiken, LLC

5.    Anderson RE TX, LLC

6.    Anderson RE, LLC

7.    Ark II Real Estate, LLC

8.    Ark III Real Estate, LLC

9.    Ark Mississippi Holding Company, LLC

10.   Ark Real Estate, LLC

11.   Ark South Carolina Holding Company, LLC

12.   Ark Texas Holding Company, LLC

13.   Battle Ground RE, LLC

14.   Brushy Creek Rehabilitation and Healthcare Center, LLC

15.   Bryan RE, LLC

16.   Burleson RE, LLC

17.   Capstone Rehabilitation and Healthcare Center, LLC

18.   Charlottesville Pointe Rehabilitation and Healthcare Center, LLC

19.   Charlottesville RE, LLC

20.   Cleveland RE, LLC

21.   Clinton RE, LLC

22.   Cobblestone Rehabilitation and Healthcare Center, LLC

23.   Collierville RE, LLC

24.   Columbia RE, LLC

25.   Columbia Rehabilitation and Healthcare Center, LLC

26.   Comfort RE, LLC

27.   Connersville RE, LLC

28.   Corinth RE, LLC

29.   Cornerstone Rehabilitation and Healthcare Center, LLC

30.   Crystal Rehabilitation and Healthcare Center, LLC

31.   Delta Rehabilitation and Healthcare Center of Cleveland, LLC

32.   Descending Dove, LLC

33.   Diboll RE, LLC

34.   Easley RE II, LLC

35.   Easley RE, LLC

36.   Edgefield RE, LLC

37.   Farmville RE, LLC

38.   Farmville Rehabilitation and Healthcare Center, LLC

39.   Fleetwood Rehabilitation and Healthcare Center, LLC

40.   Fortress Health & Rehab of Rock Prairie, LLC

41.   Granbury RE, LLC

42.   Great Oaks RE, LLC

43.   Great Oaks Rehabilitation and Healthcare Center, LLC

44.   Greenville RE II, LLC

45.   Greenville RE, LLC

46.   Greenville Rehabilitation and Healthcare Center, LLC

47.   Greenwood RE, LLC

48.   Greer RE, LLC

49.   Greer Rehabilitation and Healthcare Center, LLC

50.   Grenada RE, LLC

51.   Grenada Rehabilitation and Healthcare Center, LLC

52.   Heritage Park Rehabilitation and Healthcare Center, LLC

53.   Hillsville RE, LLC

54.   Hillsville Rehabilitation and Healthcare Center, LLC

55.   Holly Lane Rehabilitation and Healthcare Center, LLC

56.   Holly RE, LLC

57.   Holly Springs RE, LLC

58.   Holly Springs Rehabilitation and Healthcare Center, LLC

59.   Indianola RE, LLC

60.   Indianola Rehabilitation and Healthcare Center, LLC

61.   Italy RE, LLC

62.   Iva RE, LLC

63.   Iva Rehabilitation and Healthcare Center, LLC

64.   Johns Island Rehabilitation and Healthcare Center, LLC

65.     Joy of Bryan, LLC

66.     Lampstand Health & Rehab of Bryan, LLC

67.     Linley Park Rehabilitation and Healthcare Center, LLC

68.     Macon Rehabilitation and Healthcare Center, LLC

69.     Magnified Health & Rehab of Anderson, LLC

70.     Manna Rehabilitation and Healthcare Center, LLC

71.     Marietta RE, LLC

72.     McCormick RE, LLC

73.     McCormick Rehabilitation and Healthcare Center, LLC

74.     Memphis RE, LLC

75.     Midland RE, LLC

76.     Midland Rehabilitation and Healthcare Center, LLC

77.     Moultrie RE, LLC

78.     Mountain View Rehabilitation and Healthcare Center, LLC

79.     Natchez RE, LLC

80.     Natchez Rehabilitation and Healthcare Center, LLC

81.     New Ark Master Tenant, LLC

82.     New Ark Operator Holdings, LLC

83.     New Redeemer Health & Rehab of Pickens, LLC

84.     Olive Leaf Holding Company, LLC

85.     Olive Leaf, LLC

86.     Omega Health & Rehab of Greenville, LLC

87.     Orianna Health Systems, LLC

88.     Orianna Holding Company, LLC

89.     Orianna Investment, Inc.

90.     Orianna SC Operator Holdings, Inc.

91.     Patewood Rehabilitation and Healthcare Center, LLC

92.     Picayune RE, LLC

93.     Picayune Rehabilitation and Healthcare Center, LLC

94.     Pickens RE II, LLC

95.     Pickens RE, LLC

96.     Piedmont RE, LLC

97.     Poinsett Rehabilitation and Healthcare Center, LLC

98.    Poplar Oaks Rehabilitation and Healthcare Center, LLC

99.    Portland RE, LLC

100.   Provo RE, LLC

101.   Rainbow Rehabilitation and Healthcare Center, LLC

102.   River Falls Rehabilitation and Healthcare Center, LLC

103.   Riverside Rehabilitation and Healthcare Center, LLC

104.   Rock Prairie RE, LLC

105.   Rocky Mount RE, LLC

106.   Rocky Mount Rehabilitation and Healthcare Center, LLC

107.   Roy RE, LLC

108.   Scepter Rehabilitation and Healthcare Center, LLC

109.   Scepter Senior Living Center, LLC

110.   Simpsonville RE II, LLC

111.   Simpsonville RE, LLC

112.   Simpsonville Rehabilitation and Healthcare Center, LLC

113.   Snellville RE, LLC

114.   Southern Oaks Rehabilitation and Healthcare Center, LLC

115.   The Bluffs Rehabilitation and Healthcare Center, LLC

116.   The Ridge Rehabilitation and Healthcare Center, LLC

117.   Trinity Mission Health & Rehab of Connersville, LLC

118.   Trinity Mission of Burleson, LLC

119.   Trinity Mission of Comfort, LLC

120.   Trinity Mission of Diboll, LLC

121.   Trinity Mission of Granbury, LLC

122.   Trinity Mission of Italy, LLC

123.   Trinity Mission of Winnsboro, LLC

124.   Utah Valley Rehabilitation and Healthcare Center, LLC

125.   Vicksburg RE, LLC

126.   Victory Rehabilitation and Healthcare Center, LLC

127.   Wadesboro RE, LLC

128.   Wide Horizons RE, LLC

129.   Wide Horizons Residential Care Facility, LLC

130.   Winnsboro RE, LLC

131.  Woodlands Rehabilitation and Healthcare Center, LLC

132.  Yazoo City RE, LLC

133.  Yazoo City Rehabilitation and Healthcare Center, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ---------------------------------------------------------------- x | |
| In re: | : |
| | : Chapter 11 |
| ORIANNA HEALTH SYSTEMS, LLC, | : |
| | : Case No. 18-_____ (___) |
| Debtor. | : |
| ---------------------------------------------------------------- | : |
| | x |

**CONSOLIDATED LIST OF CREDITORS WHO HAVE THE**
**40 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the *Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "Top 40 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

**Fill in this information to identify the case:**

Debtor Name <u>Orianna Health Systems, LLC</u>

United States Bankruptcy Court for the: <u>Northern District of Texas</u>
(State)

Case number (*If known*):_____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Healthcare Services Group Inc PO Box 829677 Philadelphia, PA 19182-9677 | (864) 306-7785 info@hcsgcorp.com | PROF SERV | | $0.00 | | $17,590,874.23 |
| Pharmerica Corporation 1900 South Sunset Street Unit 1a Longmont, CO 80501 | (720) 652-4518 Jae4201@pharmerica.com | PHARMACY | | $0.00 | | $5,015,934.94 |
| Omnicare Inc Dept 781668 PO Box 78000 Detroit, MI 48278-1668 | (313) 465-1500 results@omnicare.com | PHARMACY | | $0.00 | | $3,853,708.84 |
| Medline Industries Inc Dept 1080 PO Box 121080 Dallas, TX 75312-1080 | (847) 643-4062 finance@medline.com | MED SUPPLY | | $0.00 | | $1,841,862.58 |
| Anthem BCBS PO Box 951254 Cleveland, OH 44193 | (800) 786-8015 laura.crozieland@anthem.com | INSURANCE | | $0.00 | | $505,790.64 |
| Mobilex Usa PO Box 17462 Baltimore, MD 21297 | (800) 786-8015 jeff.barton@mobilexusa.com | MEDICAL | | $0.00 | | $494,894.70 |
| DME Tennessee LLC PO Box 1017 Dickson, TN 37056-1017 | (877) 640-9795 Billers@alanahealthcare.com | PROF SERV | | $0.00 | | $345,330.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Specialized Medical Services I 7237 Solution Ctr Chicago, IL 60677-7002 | (800) 786-3656 oxegynbilling@specializedmed.com | MED SUPPLY | | $0.00 | | $325,327.51 |
| Direct Supply Box 88201 Milwaukee, WI 53288-0201 | (800) 634-7328 DFord@directs.com | SUPPLIES | | $0.00 | | $317,332.89 |
| Joerns Healthcare LLC 19748 Dearborn Street Chatsworth, CA 91311 | (800) 966-6662 treasury@joerns.com | EQUIPMENT | | $0.00 | | $293,887.32 |
| Reliance Standard Life Insuran PO Box 3124 Southeastern, PA 19398-3124 | (267) 256-3500 customer.service@rsli.com | INSURANCE | | $0.00 | | $254,072.14 |
| Pointclickcare Technologies In PO Box 674802 Detroit, MI 48267-4802 | (800) 277-5889 accountservices@pointclickcare.com | SOFTWARE | | $0.00 | | $224,004.82 |
| Regional Ambulance Service Inc 1089 Augusta Road Suite 300 Warrenville, SC 29851 | (803) 392-7107 jodi@regionalambulance.net | TRANSPORT | | $0.00 | | $186,986.96 |
| American Healthtech Software PO Box 936171 Atlanta, GA 31193-6171 | (601) 978-6800 katie.wilson@cpsi.com | SOFTWARE | | $0.00 | | $167,907.89 |
| National Datacare Corporation PO Box 222430 Chantilly, VA 20153-2430 | (703) 830-3660 support@nationaldatacare.com | SUPPLIES | | $0.00 | | $158,643.31 |
| Pointright 150 Cambridge Park Dr Suite 301 Cambridge, MA 2140 | (781) 457-5960 info@pointright.com | PROF SERV | | $0.00 | | $127,530.00 |
| Advance Nursing Corporation c/o Magnolia Financial Inc PO Box 16807 Atlanta, GA 30321-0807 | (864) 573-9900 cbrock@advancenursing.com dtorres@advancenursing.com | STAFFING | | $0.00 | | $111,057.02 |
| Vital Care PO Box 51222 Piedmont, SC 29673 | (866) 764-4911 Jdockery8105.jd@gmail.com | TRANSPORT | | $0.00 | | $110,924.90 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hancock Daniel Johnson & Nagle PO Box 72050 Richmond, VA 23255-2050 | (804) 967-9604 info@hancockdaniel.com | LEGAL | | $0.00 | | $109,652.27 |
| Quintairos Prieto Wood & Boyer 9200 South Dadeland Blvd Suite 100 Miami, FL 33156 | (305) 670-1101 fs@qpwblaw.com servicecopies@qpwblaw.com | LEGAL | | $0.00 | | $108,428.62 |
| Accelerated Care Plus Leasing 13828 Collections Center Drive Chicago, IL 60693 | (800) 350-1100 acp-customersupport@hanger.com | RENTAL | | $0.00 | | $104,327.39 |
| HD Supply Facilities Maint Ltd PO Box 509058 San Diego, CA 92150-9058 | (800) 798-8888 fmeft@hdsupply.com | REPAIRS | | $0.00 | | $95,319.44 |
| Brown & Brown Northwest PO Box 29018 Portland, OR 97296 | (503) 274-6511 info@bbnw.com | INSURANCE | | $0.00 | | $88,492.00 |
| United Healthcare PO Box 30997 Salt Lake City, UT 84130 | (877) 842-3210 | PATIENT REFUND | | $0.00 | | $86,372.29 |
| Shred It Usa Inc 28883 Network Place Chicago, IL 60673 | (800) 697-4733 Memphis @shredit.com | SHRED | | $0.00 | | $84,600.41 |
| Presidio Networked Solutions I PO Box 822169 Philadelphia, PA 19182 | (770) 449-6116 eorfale@presidio.com | SOFTWARE | | $0.00 | | $82,498.86 |
| Medshore Ambulance Service Inc PO Box 650458 Dallas, TX 75265 | (844) 597-4911 www.priorityambulance.com/southcarolina/contact-us/ | TRANSPORT | | $0.00 | | $80,440.04 |
| Dell Marketing LP c/o Dell USA LP PO Box 534118 Atlanta, GA 30353-4118 | (800) 283-2210 www.dell.com/Support/SendUsAMessage | SOFTWARE | | $0.00 | | $77,047.30 |
| Curaspan Health Group Inc Dept 2869 PO Box 122869 Dallas, TX 75312-2869 | (617) 395-0125 info@navihealth.us | RENTAL | | $0.00 | | $72,850.00 |
| West IP Communications Inc Department 1413 Denver, CO 80256 | (888) 728-0950 westipc.com | PHONE | | $0.00 | | $67,144.80 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Health Care Services LLC 9221 SW Barber Blvd #207  Portland, OR 97219 | (503) 977-0380 | STAFFING | | $0.00 | | $60,198.31 |
| American Health Associates 15712 SW 41St Street Suite 16 Davie, FL 33331-1538 | (954) 919-5005  contact@ahalabs.com | LAB | | $0.00 | | $60,160.36 |
| Staples Advantage Dept Dal PO Box 83689 Chicago, IL  60696 | (888) 753-4103  arremittance@staples.com | SUPPLIES | | $0.00 | | $58,235.69 |
| Hall Booth Smith PC 191 Peachtree St Ne Suite 2900   Atlanta, GA  30303-1775 | (404) 954-5000  bbendall@hallboothsmith.com  lhall@hallboothsmith.com | LEGAL | | $0.00 | | $57,465.36 |
| Laser Recharge  485 E South Street Suite 101  Collierville, TN 38017 | (901) 853-0742  orders@laser-recharge.com | SUPPLIES | | $0.00 | | $57,271.69 |
| Patterson Medical PO Box 93040 Chicago, IL  60673-3040 | (800) 323-5547  victoria.schultz@patterson-medical.com | SUPPLIES | | $0.00 | | $57,245.20 |
| Inpatient Consultants Of North PO Box 844929 Los Angeles, CA 90084-4929 | (888) 800-3377  ipchealthcare.com | STAFFING | | $0.00 | | $53,113.26 |
| GA Dept Of Community Health Benefits Recovery Section PO Box 277941 Atlanta, GA  30384-7941 | (800) 610-1863  (404) 651-6141  https://dch.georgia.gov/contact-dch | PATIENT REFUND | | $0.00 | | $48,389.08 |
| South Carolina Healthcare Asso 176 Laurelhurst Ave Columbia, SC 29210 | (803) 772-7511  schca@schca.org | DUES | | $0.00 | | $47,458.30 |
| NRC Health PO Box 809030 Chicago, IL  60680-9030 | (800) 601-3884  info@nrchealth.com | PROF SERV | | $0.00 | | $46,350.00 |

> Fill in this information to identify the case and this filing:
>
> Debtor Name  Orianna Health Systems, LLC
>
> United States Bankruptcy Court for the: Northern District of Texas
> (State)
>
> Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule _____*

☒   *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/06/2018___       ✘ */s/ Louis E. Robichaux IV* _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Louis E. Robichaux IV_____
                                   Printed name

                                   Chief Restructuring Officer_____
                                   Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
---------------------------------------------------------------  x
In re:                                                           :
                                                                 :  Chapter 11
ORIANNA HEALTH SYSTEMS, LLC,                                     :
                                                                 :  Case No. 18-_____ (___)
                  Debtor.                                        :
---------------------------------------------------------------  :
                                                                 x
```

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities or individuals own 10% or more of the Debtor.

| Debtor's Shareholder | Percentage Ownership Interest |
|---|---|
| Orianna Holding Company, LLC c/o Louis E. Robichaux IV, CRO 15950 Dallas Parkway Dallas, TX 75248 | 100% |

| Orianna Holding Company, LLC Shareholder | Percentage Ownership Interest |
|---|---|
| Orianna Investment, Inc. c/o Louis E. Robichaux IV, CRO 15950 Dallas Parkway Dallas, TX 75248 | 100% |

| Orianna Investment, Inc. Shareholder | Percentage Ownership Interest |
|---|---|
| 4 West Holdings, Inc. c/o Louis E. Robichaux IV, CRO 15950 Dallas Parkway Dallas, TX 75248 | 100% |

| 4 West Holdings, Inc. Shareholder | Percentage Ownership Interest |
|---|---|
| 4 West Investors, LLC c/o Louis E. Robichaux IV, CRO 15950 Dallas Parkway Dallas, TX 75248 | 100% |

| 4 West Investors, LLC Shareholder | Percentage Ownership Interest |
|---|---|
| HS New Ark Trust | 44% |
| JS New Ark Trust | 22% |
| DES New Ark Trust | 34% |

Fill in this information to identify the case and this filing:

Debtor Name  Orianna Health Systems, LLC

United States Bankruptcy Court for the: Northern District of Texas
                                                    (State)

Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule _____*

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration* Statement of Corporate Ownership_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/06/2018____          ✖ */s/ Louis E. Robichaux IV*_____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          Louis E. Robichaux IV_____
                                          Printed name

                                          Chief Restructuring Officer_____
                                          Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
----------------------------------------------------------    x
In re:                                                        :
                                                             :   Chapter 11
ORIANNA HEALTH SYSTEMS, LLC,                                  :
                                                             :   Case No. 18-_____ (___)
              Debtor.                                         :
----------------------------------------------------------    :
                                                              x
```

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the above-captioned debtor hereby

provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Orianna Holding Company, LLC<br>c/o Louis E. Robichaux IV, CRO<br>15950 Dallas Parkway<br>Dallas, TX 75248 | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  Orianna Health Systems, LLC

United States Bankruptcy Court for the: Northern District of Texas
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  *Other document that requires a declaration* List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/06/2018____          ✗ */s/ Louis E. Robichaux IV* _____
                MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                          Louis E. Robichaux IV _____
                                          Printed name

                                          Chief Restructuring Officer _____
                                          Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:                                  §
                                        §
ORIANNA HEALTH SYSTEMS, LLC             §
                                        §      Case No.
            Debtor(s)                   §           Chapter <u>11</u>

### DECLARATION FOR ELECTRONIC FILING OF
### BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐      *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☒      *[Only include if petitioner is a corporation, partnership or limited liability company]* –I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:   <u>March 6, 2018</u>         */s/ Louis E. Robichaux IV*              _____
                                    Debtor                                  Joint Debtor

## PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: <u>March 6, 2018</u>                                      */s/ Andrew B. Zollinger*
                                                            Attorney for the Debtor